# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | LA CV11-08661 JAK (CWx) | Date | February 6, 2012 |
|---|---|---|---|
| Title | Trustees of the Southern California IBEW-NECA Pension Plan, et al. v. Reid Granucci | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL RE LACK OF PROSECUTION

The Court, on its own motion, orders Plaintiff to show cause in writing no later than **February 20, 2012**, why this action should not be dismissed for lack of prosecution. Pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, Plaintiff shall file a motion for default judgment as to Defendant, Reid Granucci. Plaintiff is advised that the Court will consider the filing of a motion, which complies with the federal rules, on or before the date upon which the response is due, as a satisfactory response to the Order to Show Cause.

The Order to Show Cause will stand submitted upon the filing of an appropriate response. Failure to file a response will result in the dismissal of this matter.

**IT IS SO ORDERED.**

                                                                                                    :
                                                               Initials of Preparer      ak